IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00877-WYD-KLM

NOMA R. MILLER,

      Plaintiff,

v.

JAMES H. DAVIS, Executive Director, Colorado Dept. of Public Safety, in his official capacity,
COLONEL JAMES M. WOLFINBARGER, Chief, Colorado State Highway Patrol, in his official capacity, and
MAJOR THOMAS WILCOXEN, Colorado State Highway Patrol, in his official and individual capacity,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Vacate and Reset Scheduling/Planning Conference** [Docket No. 6; Filed June 6, 2011] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for **June 16, 2011 at 11:00 a.m.** is vacated and **RESET** to **August 22, 2011 at 10:30 a.m.**  in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.  Deadline for submission of the proposed scheduling order is on or before **August 17, 2011**.

     Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **August 17, 2011**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

     Dated:  June 6, 2011