IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00877-WYD-KLM

NOMA R. MILLER,

      Plaintiff,

v.

JAMES H. DAVIS, Executive Director, Colorado Dept. of Public Safety, in his official capacity,
COLONEL JAMES M. WOLFINBARGER, Chief, Colorado State Highway Patrol, in his official capacity, and
MAJOR THOMAS WILCOXEN, Colorado State Highway Patrol, in his official and individual capacity,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [Docket No. 25; Filed February 6, 2012] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered August 22, 2011 [#21] is modified as follows:

- Discovery Cutoff    **March 23, 2012**

      IT IS FURTHER **ORDERED** that Plaintiff shall respond to Defendants' discovery requests on or before **February 17, 2012**, and Defendants shall respond to Plaintiff's discovery requests on or before **March 1, 2012**.

      Dated:  February 7, 2012