IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00877-WYD-KLM

NOMA R. MILLER,

        Plaintiff,

v.

JAMES H. DAVIS, Executive Director, Colorado Dept. of Public Safety, in his official capacity,
COLONEL JAMES M. WOLFINBARGER, Chief, Colorado State Highway Patrol, in his official capacity, and
MAJOR THOMAS WILCOXEN, Colorado State Highway Patrol, in his official and individual capacity,

        Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order to Extend the Dispositive Motion Deadline** [Docket No. 31; Filed February 24, 2012] (the "Motion").

        IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on August 22, 2011 [#21] and amended on February 7, 2012 [#27] is further modified as follows:

•        Dispositive Motion Deadline        **April 26, 2012**

        Dated:  February 27, 2012