IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00877-WYD-KLM

NOMA R. MILLER,

    Plaintiff,

v.

JAMES H. DAVIS, Executive Director, Colorado Dept. of Public Safety, in his official capacity,
COLONEL JAMES M. WOLFINBARGER, Chief, Colorado State Highway Patrol, in his official capacity, and
MAJOR THOMAS WILCOXEN, Colorado State Highway Patrol, in his official and individual capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulated Joint Motion for Stay of Proceedings** [Docket No. 34; Filed March 19, 2012] (the "Motion").  The parties request that the Court impose a stay of proceedings in this lawsuit pending the resolution of a state court action, *Department of Public Safety, Colorado State Patrol v. Noma Miller and Colorado State Personnel Board*, Case No. 11CA918, in the Colorado Court of Appeals.  The parties do not include information regarding the status of the state court action in their motion, thus the Court is unaware of the projected duration of a stay in this matter.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.  The parties may re-file their request including information regarding the status of the state court proceeding.  The Court further instructs the parties to consider petitioning the Court to administratively close this action pursuant to D.C.COLO.LCivR 41.2, in lieu of a stay.

    Dated:  March 20, 2012