IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00877-WYD-KLM

NOMA R. MILLER,

      Plaintiff,

v.

JAMES H. DAVIS, EXECUTIVE DIRECTOR, COLORADO DEPT. OF PUBLIC SAFETY, in
his official capacity,
COLONEL JAMES M. WOLFINBARGER, CHIEF, COLORADO STATE HIGHWAY PATROL, in his official capacity, and
MAJOR THOMAS WILCOXEN, COLORADO STATE HIGHWAY PATROL, in his official and individual capacity,

      Defendants.

**ORDER**

      THIS MATTER is before the Court pursuant to the parties Joint Motion for

Administrative Closure [ECF Doc. #37], Filed March 28, 2012.  After a review of the file

and the motion, it is hereby

      ORDERED that the motion, is **GRANTED.**  It is further

      FURTHER ORDERED that this case is hereby administratively closed pursuant

to D.C.COLO.LCiv 41.2, subject to reopening for good cause.  It is

      FURTHER ORDERED that the parties shall file a status report on or before

**Monday, June 4, 2012**.

Dated: April 2, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE