IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00877-WYD-KLM

NOMA R. MILLER,

      Plaintiff,

v.

JAMES H. DAVIS, EXECUTIVE DIRECTOR, COLORADO DEPT. OF PUBLIC
SAFETY, in
his official capacity,
COLONEL JAMES M. WOLFINBARGER, CHIEF, COLORADO STATE HIGHWAY
PATROL, in his official capacity, and
MAJOR THOMAS WILCOXEN, COLORADO STATE HIGHWAY PATROL, in his official
and individual capacity,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court pursuant to the parties' Stipulated Motion for

Dismissal with Prejudice [ECF Doc. #49], filed March 28, 2013.  After a review of the file

and the motion, it is hereby

ORDERED that the Stipulated Motion for Dismissal with Prejudice [ECF Doc.

#49], filed March 28, 2013, is **GRANTED.**  It is further

ORDERED that this case is **DISMISSED WITH PREJUDICE** and each party to

bear his or her own costs.

Dated:  April 1, 2013

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE